IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
FEBRUARY 2022 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:22cr00012 |
| | ) | |
| v. | ) | **SEALED INDICTMENT** |
| | ) | |
| SHAKEEM MALIK HUNT | ) | **In Violation of:** |
| a/k/a "Shocky" | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |

## COUNT ONE

The Grand Jury charges:

1. That on or about January 6, 2022, in the Western District of Virginia, the defendant, SHAKEEM MALIK HUNT, a/k/a "Shocky," did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT TWO

The Grand Jury further charges:

1. That on or about January 6, 2022, in the Western District of Virginia, the defendant, SHAKEEM MALIK HUNT, a/k/a "Shocky," did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and

1

(b)(1)(C).

## COUNT THREE

The Grand Jury further charges:

1. That on or about January 7, 2022, in the Western District of Virginia, the defendant, SHAKEEM MALIK HUNT, a/k/a "Shocky," did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT FOUR

The Grand Jury further charges:

1. That on or about January 7, 2022, in the Western District of Virginia, the defendant, SHAKEEM MALIK HUNT, a/k/a "Shocky," did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant shall forfeit to the United States:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C.

§ 853(a)(1).

    b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

2. The property to be forfeited to the United States includes but is not limited to the following property:

    a. **Money Judgment**

    An undetermined sum of United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

    b. **Currency**

        i. $4,890.00 in U.S. Currency

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with a third person;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this the __10__ day of February 2022.

s/Grand Jury Foreperson
FOREPERSON

CHRISTOHER R. KAVANAUGH
UNITED STATES ATTORNEY

3